PITTS ET AL., APPELLANTS, *v.* MOBILE TANK CAR SERVICES, INC. ET AL.; OHIO INSURANCE GUARANTY ASSOCIATION, APPELLEE.

[Cite as *Pitts v. Mobile Tank Car Serv., Inc.* (1995), 72 Ohio St.3d 49.]

(No. 93–2476—Submitted March 8, 1995—Decided April 19, 1995.)

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Thomas Mester, James T. Schumacher, Joel Levin* and *Sandra J. Rosenthal,* for appellants.

*Vorys, Sater, Seymour & Pease* and *F. James Foley,* for appellee.

The judgment of the court of appeals is affirmed on the authority of *Lake Hosp. Sys., Inc. v. Ohio Ins. Guar. Assn.* (1994), 69 Ohio St.3d 521, 634 N.E.2d 611.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., dissents.

PFEIFER,, J., dissenting. I dissent for the reasons stated in my dissent in *Lake Hosp. Sys., Inc. v. Ohio Ins. Guar. Assn.* (1994), 69 Ohio St.3d 571, 635 N.E.2d 11.